UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

VERONICA BRADFORD,

    Plaintiff,

v.

WAL-MART STORES, INC. and
GENERAL ELECTRIC COMPANY,

    Defendants.                               No. 11-cv-944-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the representation of the parties, settlement is complete and this case is **DISMISSED** with prejudice, as to all claims.

                              NANCY J. ROSENSTENGEL,
                              CLERK OF COURT


                        BY:      /s/*Sara Jennings*
                                 **Deputy Clerk**

Dated: April 15, 2013

Digitally signed by
David R. Herndon
Date: 2013.04.15
15:20:23 -05'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT